FILED

FEB 0 5 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL SHANE DILLER,<br><br>Defendant. | CR 17-91-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Extend Deadline for Filing Motion for Change of Plea (Doc. 20), and for good cause being shown,

IT IS HEREBY ORDERED that the current deadline for the filing of a Motion for Change of Plea is extended up to and including **Wednesday, February 7, 2018.**

The Clerk of Court is directed to notify the parties of the making of this order.

DATED the 5th day of February, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1