

FILED

NOV 06 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-91-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL SHANE DILLER, | |
| Defendant. | |

For the reasons stated on the record, MICHAEL SHANE DILLER is hereby released from the custody of the U.S. Marshals Service.

DATED this 6TH day of November, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1